IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXECWARE, LLC<br><br>                Plaintiff,<br>     v.<br><br>OVERSTOCK.COM, INC.,<br><br>                Defendant. | C.A. No. 12-559-LPS |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Execware, LLC and Defendant Overstock.com, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that: 1) all of Plaintiff's claims against Defendant are dismissed WITH PREJUDICE, 2) all of Defendant's counterclaims against Plaintiff are dismissed WITH PREJUDICE; and 3) each party will bear its own costs, expenses and attorneys' fees.

Dated: March 7, 2014

| OF COUNSEL: | BAYARD, P.A. |
|---|---|
| Zachariah S. Harrington<br>Matthew J. Antonelli<br>Larry D. Thompson, Jr.<br>Peter J. Corcoran, III<br>**ANTONELLI, HARRINGTON &<br>THOMPSON LLP**<br>4200 Montrose Blvd., Ste. 430<br>Houston, TX 77006<br>(713) 581-3000<br>zac@ahtlawfirm.com<br>matt@ahtlawfirm.com<br>larry@ahtlawfirm.com<br>pete@ahtlawfirm.com | */s/ Stephen B. Brauerman*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>Attorneys for Plaintiff,<br>Execware, LLC |

| | |
|---|---|
| OF COUNSEL:<br><br>John H. Barr, Jr.<br>Christopher A. Shield<br>Timothy R. Geiger<br>**BRACEWELL &GIULIANI LLP**<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Telephone: (713) 223-2300<br>John.Barr@bgllp.com<br>Chris.Shield@bgllp.com<br>Tim.Geiger@bgllp.com | **YOUNG CONAWAY STARGATT &TAYLOR LLP**<br><br>*/s/ James L. Higgins*<br>Karen L. Pascale (DE Bar No. 2903)<br>James L. Higgins (DE Bar No. 5021)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br><br>Attorneys for Defendant,<br>Overstock.com, Inc. |